# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case Number:  DR:19-CR-00487(1)-AM |
| | § | |
| (1) Osmany Adan Bonilla-Velasquez | § | |
| *Defendant* | | |

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the above named defendant.

This appointment shall remain in effect until the case is terminated or an attorney is appointed.

ORDERED this  12th day of October, 2022.

_____
COLLIS WHITE
UNITED STATES MAGISTRATE JUDGE